Francesco Benavides, CSBN 258924
Law Offices of Francesco Benavides
    1990 N. California Blvd.  Suite 20
    Walnut Creek, CA 94596
    Tel: (925) 222-7071
    Fax: (925) 522-5306
    Email: francesco@benavidesdisabilitylaw.com

Attorney for Plaintiff
SARAH DEEANN MASSENGILL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SARAH DEEANN MASSENGILL,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN J. O'MALLEY,<br>Commissioner of Social Security,<br><br>Defendant. | Case No. 2:23-cv-07482-DTB<br><br>[~~PROPOSED~~] ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $8,000.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE: March 1, 2024

_____
HON. DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE